UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. )   CRIMINAL NO. 05m-1115-JGD
)
CHARLES BARTOLOMEO )

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Kristin D. Koch, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, do hereby make oath before the Honorable Judith Gail Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of the Federal Bureau of Investigation, I am advised that there is presently a warrant of arrest outstanding for one Charles Bartolomeo in the Middle District of Florida, for conspiracy to commit wire fraud, in violation of 18 U.S.C. §§1349 and 1343, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

KRISTIN D. KOCH
Special Agent, F.B.I.

Subscribed and sworn to before me this 18th day of August 2005.

JUDITH GAIL DEIN
United States Magistrate Judge

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SEALED**

RECEIVED
U.S. MARSHAL
05 AUG 17 PM 4:49
MIDDLE DIST. OF FLORIDA

UNITED STATES OF AMERICA

v.

CHARLES BARTOLOMEO

**WARRANT FOR ARREST**

CASE NUMBER: 8:05-cr- 343- T- 26 T6M

JSM - MSS - TGW

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest CHARLES BARTOLOMEO and bring him forthwith to the nearest magistrate to answer an

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with conspiracy to commit wire fraud.

In violation of Title 18, United States Code, Section 1349.

| | |
|---|---|
| **Sheryl L. Loesch** <br> Name & Title of Judicial Officer | **Clerk, United States District Court** <br> Title of Issuing Officer |
| _[signature]_ <br> Signature of Issuing Officer <br> (By) Deputy Clerk | 8-17-05 Tampa, FL <br> Date and Location |

Bail fixed at $ _____    by _____
                                                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

N:\ Criminal Cases\H\horizon group 2002R01121\f_warrant_arrest_indictment_Bartolomeo.wpd